**Garry D. MACK, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 49149.**

Missouri Court of Appeals, Western District.

Feb. 28, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 2, 1995.

Lee M. Nation, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, C.J., P.J., and KENNEDY and BERREY, JJ.

### *ORDER*

PER CURIAM.

Appeal from the overruling and dismissal of appellant's post-conviction motion to vacate, set aside, or correct the judgment and sentence pursuant to Supreme Court Rule

24.035 in the Circuit Court of Jackson County.

Judgment affirmed.   Rule 30.25(b).